UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ,

VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIF

(*List the name(s) of the plaintiff(s)/petitioner(s).*)

1:24 Civ. 2135  ( JSR ) (_____)

- against -

**AFFIRMATION OF SERVICE**

X. CORP f/k/a TWITTER, INC. and

X HOLDINGS CORP f/k/a X HOLDINGS I, INC.

(*List the name(s) of the defendant(s)/respondent(s).*)

I, (*print your name*) Kathryn Farley, declare under penalty of perjury that I served a copy of the attached (*list the names of the documents you served*): Notice of Petition, Petition to Compel with Exhibits 1-11, Memorandum of Law in Support of Petition to Compel, Declaration of Akiva M. Cohen with Exhibits 1-5

upon all other parties in this case by (*state how you served the documents, for example, hand delivery, mail, overnight express*) E-mail to counsel, per Respondents' agreement to accept service by that method to the following persons (*list the names and addresses of the people you served*): Eric Meckley (eric.meckley@morganlewis.com), Sari M. Alamuddin (sari.alamuddin@morganlewis.com), Kaiser H. Chowdhry (kaiser.chowdhry@morganlewis.com)

on (*date you served the document(s)*) March 21, 2024.

March 28, 2024
Dated

*Kathryn Farley*
Signature
1700 Broadway, 16th Floor
Address
New York, NY
City, State
10019
Zip
646-845-6085
Telephone Number
kfarley@kusklaw.com
E-Mail Address

*Rev. 01/2013*