## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP,<br><br>Petitioners,<br><br>-against-<br><br>X. CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC.,<br><br>Respondents. | C.A. NO. 1:24-CV-2135 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel to the respective parties to the above-captioned action, that Respondents' Response in Opposition to Petitioner's Motion to Compel Arbitration shall be filed no later than 5p.m. PST on April 27, 2024. Petitioners' Reply shall be filed no later than May 10, 2024.

For the purpose of this Stipulation, this document can be executed in counterparts and facsimiles of signatures shall be deemed effective as originals.

Dated:   New York, New York
         March 29, 2024

| | |
|---|---|
| __/s/ Akiva M. Cohen_____ | __/s/ Melissa D. Hill_____ |
| Akiva M. Cohen | Melissa D. Hill |
| Kamerman, Uncyk, Soniker & Klein, P.C. | Morgan, Lewis & Bockius LLP |
| 1700 Broadway, 16th Floor | 101 Park Avenue |
| New York, NY 10019 | New York, NY 10178 |
| (917) 742-6193 | (212) 309-6318 |
| acohen@kusklaw.com | Melissa.hill@morganlewis.com |
| *Counsel for Petitioners* | *Counsel for Respondents* |