# Exhibit 3

# Morgan Lewis

**Sari M. Alamuddin**
Partner
+1.312.324.1158
sari.alamuddin@morganlewis.com

June 28, 2023

**VIA EMAIL**

Sheri Eisner
Senior Vice Present, General Counsel
Co-Chair, JAMS National Arbitration Committee

Re:     Twitter, Inc's Response to JAMS' June 21, 2023 Letter

Dear Ms. Eisner:

On behalf of X Corp. as success-in-interest to Twitter, Inc. (collectively, hereinafter "Twitter"), we write in response to your letter dated June 21, 2023.

As we explained in our June 2, 2023 letter to JAMS, both JAMS' Minimum Standard No. 6, and any decision by JAMS that it will make the final determination on this Standard's application to these cases, conflict with the express, unambiguous and controlling terms of the applicable dispute resolution agreements between the parties. We accordingly sought clarification from JAMS as to its understanding of the application of these principles in these matters. In JAMS' letter dated June 21, 2023, JAMS decided (1) that it would apply the Minimum Standards "notwithstanding any contrary provision in the parties' arbitration agreement"; (2) where it "has determined that Minimum Standards apply and an employer declines to proceed under the Minimum Standards, JAMS will decline to administer the arbitration"; and (3) if an individual arbitrator believes that JAMS should revisit the issue, JAMS may take that into consideration but ultimately JAMS "will make a final determination."

JAMS' decision prevents Twitter from exercising its contractual rights and improperly negates a material provision in the dispute resolution agreements should Twitter proceed in accordance with that decision. For this reason and based upon JAMS' recent June 21 determination, Twitter declines to proceed under the Minimum Standards for all demands in jurisdictions where fee-sharing is lawful. Attached to this letter is a list of demands against Twitter currently filed with and/or pending before JAMS in such jurisdictions. We understand that, in accordance with your June 21 letter, JAMS will no longer administer these arbitrations. As a result, JAMS should cease invoicing Twitter for any fees/costs associated with these arbitrations.

Please let us know if you have any questions. Counsel for claimants is copied on this letter.

**Morgan, Lewis & Bockius** LLP

110 North Wacker Drive
Chicago, IL 60606-1511          T +1.312.324.1000
United States                   F +1.312.324.1001

Sheri Eisner
June 28, 2023
Page 2

Sincerely,


/s/


Sari M. Alamuddin

SMA
Attachment
c:  Dixon Diab & Chambers LLP
    Outten & Golden LLP
    Lichten & Liss-Riordan P.C.
    Kamerman, Uncyk, Soniker & Klein, P.C.