# Exhibit 4



NOTICE TO ALL PARTIES                                                                                              June 30, 2023

RE:     Response to Twitter, Inc.'s Letter of June 28, 2023

Dear Parties:

This responds to Mr. Sari Alamuddin's letter of June 28, in which he advises that Respondent declines to proceed under the Minimum Standards for all Demands in jurisdictions where fee sharing is lawful.

Our June 21 notice to the parties stated in part as follows:

> The Minimum Standards do not prevent an employee from contributing to JAMS fees (see the Comment under Standard No. 6). However, absent employee agreement JAMS will continue to issue invoices in these matters consistent with Standard No. 6.

If any Claimants listed in the attachment to Mr. Alamuddin's letter wish to waive Standard No. 6 of the Minimum Standards and to share JAMS fees according to the underlying arbitration clause, they should advise JAMS and Respondent accordingly.

Sincerely,

/s/ Sheri Eisner

Sheri Eisner
Senior Vice President, General Counsel
Co-Chair, JAMS National Arbitration Committee