# EXHIBIT 2



#congratulations
Burgious Frazier

August 26, 2021

Burgious Frazier

████████████████████████

Dear Burgious,

Welcome to the Flock! We're excited to offer you employment with Twitter, Inc. (the '**Company**'), on the following terms and conditions:

1. **Start Date.** Your employment will commence on September 20, 2021 ('**Start Date**'). You will be based out of your home office in Clay, New York ('**Home Office Location**') (subject to the conditions set out in the **Working from Home section** of this letter). Your Start Date and employment are subject to the conditions set out below, in the **Conditions on Offer** section.

2. **Position.** Your job title will be Sr. Designer. You will report at the start of your employment to Derrit DeRouen, Dir., Design. You will be a regular, full-time employee.

3. **Duties.** You will perform the duties and have the responsibilities and authority customarily performed and held by an employee in your position or as the Company may otherwise assign to you. Depending on the nature of your role, the Company may require you to travel from time to time. Without limiting your obligations to the Company, during your employment you must serve the Company faithfully and diligently to the best of your ability and perform the duties the Company assigns to you to the best of your abilities and knowledge.

4. **Hours.** Your normal hours of work are 40 hours each week, excluding a lunch break, to be worked primarily during the standard business hours Monday to Friday. The Company requires flexibility in your working hours, and you may be required or need to work additional hours as necessary for the performance of your role. These additional hours can include hours outside normal business hours, or on weekends and public holidays.

5. **Base Compensation.** The Company will pay you a gross starting salary at an annualized rate of ████████ USD, payable in accordance with the Company's standard payroll schedule, less applicable deductions. This salary will be subject to adjustment from time to time in accordance with the employee compensation policies then in effect. This is an exempt position, and your salary is intended to cover all hours worked..

6. **Performance Bonus Plan.** You may be eligible to earn a discretionary performance bonus award in accordance with the Company's discretionary Performance Bonus Plan as it may exist and/or be amended from time to time. For the current Performance Bonus Plan year, the Performance Bonus Plan target for your position is 20% of annual eligible earnings, paid pursuant to the terms and conditions in the Performance Bonus Plan.

7. **Equity Compensation.** Subject to the approval of the Compensation Committee of the Company's Board of Directors (or an authorized subcommittee), you will be granted a specified number of restricted stock units of the Company ('**RSUs**'). The number of RSUs that are granted to you, if approved, will be determined by dividing $152,000.00 USD by the prevailing RSU conversion rate in effect during the month in which your employment role commences under the terms of this offer letter, rounded up to the nearest whole share. (Note: for the purposes of the RSU grant under this paragraph, your employment commencement date is anticipated to be your Start Date as set out above, unless delayed or deferred for any reason. In the event you have been previously engaged by the Company in any capacity under a different role or arrangement, such prior service will not count for the purposes of your RSU grant). The RSUs will be subject to the terms of the Company's 2013 Equity Incentive Plan and its form of RSU agreement (the 'Equity Documents'). You will vest in 12.5% of the RSUs on the six month anniversary of the first day of the month following your Start Date, provided you have continued to provide services to the Company until that date, and over your next three and a half years of continuous service with the Company you will vest 6.25% per quarter, as will be further described in the Equity Documents. Be advised that the calculation used to determine the number of RSUs granted is determined in the sole discretion of the Company and will not correlate to any published stock price on your date of hire and, furthermore, does not denote, nor can it predict, the future value of any RSUs. Stock prices are by nature volatile, and there is no way to predict the value of your future shares, if and when they vest. Subject to your continued employment in an equity eligible role, you will be eligible to receive future equity grants.

8. **Employee Benefits.** As a regular employee of the Company, you will be eligible to participate in Company-sponsored benefits in accordance with the terms of the applicable benefit plans. The Company may replace, change or cease providing these benefits and remuneration and the terms on which they are provided at any time at its discretion.

9. **Working from Home.** All employees who work from home – whether on a full-time remote basis or occasionally - are expected to follow all Company policies, procedures, and guidelines set forth in the Global Work from Home Guidelines published at go/wfh as may be issued and amended from time to time. You are also required to comply with all Company employment policies, practices and procedures including but not limited to anti-harassment and discrimination policies, the Code of Conduct, the Company's information and security policies, U.S. Playbook, and the Company's remote work policies as may be issued and amended from time to time.

   1. **Home Office as a Safe Workplace.** The Company offers guidance on ergonomics and other remote working tips to maintain a safe and healthy work environment. Please visit go/ergo and go/remote for more information.

   2. **Equipment, Confidentiality and Information Security.** You must ensure the confidentiality and security of all information and data handled by or made available to you while working at home, in accordance with the Company's policies, practices and procedures. You must not allow others in your household to use your Company-provided equipment, and you remain bound by the Company's policies in place from time to time in relation to information security and the use of information technology services while working from home.

   3. **Business Travel and Expenses.** You agree to travel to a Twitter office, business meetings, or other Twitter meetings and events from time to time, as necessary to perform your job duties or if requested by the Company. The Company will pay for reasonable and necessary business trips as approved in advance by your manager and

incurred as a result of such business trips and subject to the rules set out in the Company's Travel and Expense Policy.

4. **Tax.** You are responsible for understanding your income tax or other tax implications as a result of your Home Office work arrangement. Twitter does not provide tax guidance and will not assume additional tax liabilities beyond those required by law.

5. **Home Office Location Change Requests.** If you intend to move from your current Home Office Location to a new city, state, or country in the future, you must submit a Flexible Work Program request for approval with at least thirty (30) days advance notice to the Company. The Company has the sole discretion on whether to approve the new Flexible Work Program request.

10. **Conditions on this Offer.** This offer of employment and your commencement of employment with the Company is conditioned upon:

1. Your providing legal proof of your identity and authorization to work in the United States within three days of the commencement of your employment.

2. Your signing of the Company's standard Employee Invention Assignment and Confidentiality Agreement (**'Confidentiality Agreement')**, which includes restrictions on your ability to engage in outside activities, and other restrictions during and following your employment, as described in the Confidentiality Agreement, and the Company's approval of such outside activities. A copy of the Confidentiality Agreement is enclosed with this letter.

3. Your disclosure, and resolution to the satisfaction of the Company, of any contractual commitments or legal obligations that would prohibit, restrict or interfere with your ability to perform your duties for the Company.

4. Your successful completion of a background check for the role you are being hired to perform, which will include, at a minimum, a review of your employment experience, educational credentials, and criminal history. This offer may be withdrawn in the sole discretion of the Company based on its review of the background check results. Your acceptance of this offer of employment will be complete when you have initiated authorization to perform a background check, as instructed by our Human Resources Department.

5. Your employment with the Company does not contravene any export control restrictions.

6. If any of the conditions above are not satisfied, this offer and any acceptance of it by you will be null and void and you will not commence employment with the Company, and if your employment has already commenced, will be grounds for immediate termination.

11. **Acknowledgement re: Compensation.** You acknowledge and agree that if during the recruiting process you disclosed your current or past salary to Twitter, such disclosure was made voluntarily and without prompting. You further acknowledge and agree that Twitter may consider and verify any such compensation information you've disclosed, including disclosure of compensation that you would forfeit by leaving your current employment.

12. **Taxes.** All forms of compensation that are subject to income or payroll taxes will be reduced to reflect applicable income tax withholding and payroll taxes. Any form of compensation that is subject to income or payroll taxes and that is not paid in cash will result in a reduction in cash compensation to reflect applicable income tax withholding and payroll taxes.

13. **Outside Activities.** While you render services to the Company, you will not engage in any other employment, consulting, or other business activity that would create a conflict of interest with the Company, which includes engaging in any work that is competitive in nature. While you render services to the Company, you also will not assist any person or entity in competing with the Company, in preparing to compete with the Company, or in hiring any employees or consultants of the Company.

14. **Employment Relationship.** Employment with the Company is for no specific period of time. Your employment with the Company will be "at will," meaning that either you or the Company may terminate your employment at any time and for any reason, with or without cause. This is the full and complete agreement between you and the Company regarding the duration of the employment relationship. Although your job duties, title, compensation and benefits, as well as the Company's personnel policies and procedures may change from time to time, the "at will" nature of your employment, may only be changed through an express written agreement signed by you and the Company's Chief Executive Officer.

15. **Dispute Resolution.** We sincerely hope that no dispute will arise between us. If a dispute should arise, it will be resolved through the Company's Dispute Resolution Agreement, unless you choose to opt-out of the same pursuant to its terms. A copy of the Dispute Resolution Agreement is enclosed with this letter.

16. **Entire Agreement.** This letter agreement supersedes and replaces any prior agreements, representations or understandings, whether written, oral or implied, between you and the Company.

Please do not make any change in your present living or employment circumstances until all of the conditions to this offer have been satisfied. To accept this offer, please initiate the authorization of your background check, and sign and date this offer letter, and the other documents enclosed with this letter (including the Confidentiality Agreement and Dispute Resolution Agreement) and return them via AdobeSign. This offer will expire if the signed documents are not returned by August 30, 2021 unless otherwise extended by the Company.

We're excited to welcome you to Twitter!
Sincerely,
**Twitter, Inc.**

Jennifer Christie
Chief Human Resources Officer

By signing below, I acknowledge and agree that I have read, understood and accept all the provisions of this offer of employment:

3

*Burgious E. Frazier, Jr*
Burgious E. Frazier, Jr (Aug 27, 2021 13:17 EDT)
Burgious Frazier

Date:  Aug 27, 2021