UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BURGIOUS FRAZIER, JR., :
:
              Plaintiff, : Case No. 24-cv-02135 (JSR)
v. :
:
X CORP. formerly known as TWITTER, INC., :
:
              Defendant. :

---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

    Please enter the appearance of the undersigned, Melissa D. Hill, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendant in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: May 10, 2024

    MORGAN, LEWIS & BOCKIUS LLP

    *Melissa D. Hill* (signature)

    Melissa D. Hill
    101 Park Avenue
    New York, NY 10178
    Tel: 212.309.6000
    Fax: 212.309.6001
    melissa.hill@morganlewis.com

    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

     I hereby certify on May 10, 2024 I caused service of the foregoing Notice of Appearance on all counsel via ECF.

Dated: New York, New York
       May 10, 2024

                                          */s/ Melissa D. Hill*
                                          Melissa D. Hill