# UNITED STATES DISTRICT COURT
# IN THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
BURGIOUS FRAZIER, JR., :
:
                       Plaintiff, :   Case No. 24-cv-02135 (JSR)
v. :
:
X CORP. formerly known as TWITTER, INC., :
et al., :
:
                       Defendant. :
-------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Melissa D. Hill, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: May 14, 2024                               MORGAN, LEWIS & BOCKIUS LLP

                                                         *Melissa D. Hill*

                                                         Melissa D. Hill
                                                         101 Park Avenue
                                                         New York, NY 10178
                                                         Tel: 212.309.6000
                                                         Fax: 212.309.6001
                                                         melissa.hill@morganlewis.com

                                                         *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify on May 14, 2024 I caused service of the foregoing Notice of Appearance on all counsel via ECF.

Dated: New York, New York
May 14, 2024

*/s/ Melissa D. Hill*
Melissa D. Hill