UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP,<br><br>Petitioners,<br><br>-against-<br><br>X CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC.,<br><br>Respondents. | Case No. 1:24-cv-02135-JSR<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL E. KENNEALLY** |

---

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for Michael E. Kenneally's admission to practice *pro hac vice* to appear as counsel for Respondents X CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC. in the above-captioned action.

Mr. Kenneally is a member in good standing of the bars of the District of Columbia and the Commonwealth of Massachusetts and there are no prior or pending disciplinary proceedings against him in any state or federal court. A certificate of good standing from the District of Columbia Court of Appeals is annexed hereto as Exhibit A. A certificate of good standing from the Supreme Judicial Court of the Commonwealth of Massachusetts is annexed hereto as Exhibit B. Mr. Kenneally has never been convicted of a felony and has never been censured, suspended, disbarred, or denied admission or readmission by any court. A proposed Order for Admission Pro

Hac Vice is annexed hereto as Exhibit C. The declaration required by Local Rule 1.3 is annexed hereto as Exhibit D.

| | |
|---|---|
| Dated: New York, New York<br>May 14, 2024 | Respectfully submitted,<br><br>*/s/ Melissa D. Hill*<br>Melissa D. Hill<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-6318<br>melissa.hill@morganlewis.com<br><br>*Counsel for Respondents*<br>X CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC. |

## **CERTIFICATE OF SERVICE**

    I, Melissa D. Hill, hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Michael E. Kenneally was served via ECF on this 14th day of May 2024 upon counsel for all parties.

Dated: May 14, 2024                           */s/ Melissa D. Hill*
                                                               Melissa D. Hill