# **EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
BURGIOUS FRAZIER, JR., YOSUB KIM, :
WAYNE KRUG, BEN PEREZ, VANESSA :  Case No. 1:24-cv-02135-JSR
SZAJNBERG, NICHOLAS TAPALANSKY, :
and SHELLY YIP, :  **[PROPOSED] ORDER FOR**
: **ADMISSION PRO HAC VICE**
Petitioners, :
:
-against- :
:
X CORP f/k/a TWITTER, INC. and X :
HOLDINGS CORP f/k/a X HOLDINGS I, :
INC., :
:
Respondents. :
X
-------------------------------------------------------

The motion of MICHAEL E. KENNEALLY for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the Commonwealth of Massachusetts; and that his contact information is as follows:

>Michael E. Kenneally
>MORGAN, LEWIS & BOCKIUS LLP
>1111 Pennsylvania Avenue, NW
>Washington, DC  20004
>Tel:  (202) 739-3000
>Fax:  (202) 739-3001
>Email:  michael.kenneally@morganlewis.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Respondents X CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
United States District / Magistrate Judge