# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP,

    Petitioners,

-against-

X CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC.,

    Respondents.

Case No. 1:24-cv-02135-JSR

**DECLARATION OF MICHAEL E. KENNEALLY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

---

I, Michael E. Kenneally, declare as follows:

1. I am over the age of eighteen (18) years old.

2. I submit this Affidavit in Support of my Motion for Admission Pro Hac Vice of Michael E. Kenneally as counsel in the above-captioned case.

3. I am a partner at the law firm of Morgan, Lewis & Bockius, LLP, located at 1111 Pennsylvania Avenue, NW, Washington, DC 20004. My business telephone number is (202) 739-3000, my business facsimile is (202) 739-3001, and my e-mail address is michael.kenneally@morganlewis.com.

4. I am familiar with the proceedings in this case, and I submit this Affidavit based on my personal knowledge of the facts and circumstances set forth herein. If called to testify, I would testify competently to these facts.

5. I am a member in good standing of the bar of the District of Columbia.

6. I am a member in good standing of the bar of the Commonwealth of Massachusetts.

7. No disciplinary proceedings are pending against me in any jurisdiction and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8. I have never been convicted of a felony.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2024, in Washington, DC.

By: _____
Michael E. Kenneally

Sworn to and subscribed before me this 14th day of May, 2024

_____
Notary Public

