UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP,<br><br>     Petitioners,<br><br> -against-<br><br>X CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC.,<br><br>     Respondents. | C.A. NO. 1:24-CV-2135-JSR |

**RESPONDENTS X CORP. AND X HOLDINGS CORP.'S**
**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondents X Corp. and X Holdings Corp., through their counsel, certify that X Corp. is wholly owned by X Holdings Corp., a privately held corporation. No publicly held corporation owns 10% or more of X Corp.'s stock. No publicly held corporation owns 10% or more of the stock of X Holdings Corp.

Dated: May 16, 2024         Respectfully submitted,

                     */s/ Melissa Hill*
                     Melissa Hill
                     MORGAN, LEWIS & BOCKIUS LLP
                     101 Park Avenue
                     New York, NY 10178-0060
                     Tel: 212.309.6000
                     Fax: 212.309.6001
                     Melissa.Hill@morganlewis.com

                     *Attorneys for Respondents*