## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP, | |
| Petitioners, | C.A. NO. 1:24-CV-2135 |
| -against- | **MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL D. DUNFORD** |
| X. CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC., | |
| Respondents. | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for Michael D. Dunford's admission to practice *pro hac vice* to appear as counsel for Petitioners BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP in the above-captioned action.

Mr. Dunford is a member in good standing of the bars of the Supreme Court of Hawai'i and there are no prior or pending disciplinary proceedings against him in any state or federal court. A certificate of good standing from the Supreme Court of Hawai'i is annexed hereto as **Exhibit A**. Mr. Dunford has never been convicted of a felony and has never been censured, suspended, disbarred, or denied admission or readmission by any court. A proposed Order for Admission Pro Hac Vice is annexed hereto as **Exhibit B**. The declaration required by Local Rule 1.3 is annexed hereto as **Exhibit C**.

Dated: May 28, 2024
East Brunswick, New Jersey

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

By: _/s/ Akiva M. Cohen_
Akiva M. Cohen
1700 Broadway, 16th Floor
New York, NY 10019
Tel: (212) 400-4930
acohen@kusklaw.com
*Attorneys for Petitioners*

**CERTIFICATE OF SERVICE**

I, Akiva M. Cohen, hereby certify that a true and correct copy of the foregoing Motion for

Admission Pro Hac Vice of Michael D. Dunford was served via ECF on this 28th day of May 2024

upon counsel for all parties.

Dated: May 28, 2024                    */s/ Akiva M Cohen*
                                       Akiva M. Cohen