# Exhibit A

# IN THE SUPREME COURT OF HAWAI‘I

In the Matter of

**MICHAEL DAVID DUNFORD**
..................................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawai‘i, do hereby certify that **Michael David Dunford** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai‘i on November 13, 2015. This attorney's current status is active and they are presently in good standing.

DATED:    Honolulu, Hawai‘i, May 20, 2024.

...................................................................
Clerk, Supreme Court of Hawai‘i