# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP,<br><br>                  Petitioners,<br><br>    -against-<br><br>X. CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC.,<br><br>               Respondent**s.** | C.A. NO. 1:24-CV-2135<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of MICHAEL D. DUNFORD for admission to practice pro hac vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Supreme Court of Hawai'i, and that his contact information is as follows:

> Michael D. Dunford
> KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
> 4725 Bougainville Dr, Ste 165
> Honolulu, HI 96818-3179
> Cell: (808) 778-4081
> Office: (212) 400-4930
> Email: mdunford@kusklaw.com

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Petitioners BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____

United States District / Magistrate Judge