# Exhibit C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BURGIOUS FRAZIER, JR., YOSUB KIM,
WAYNE KRUG, BEN PEREZ, VANESSA
SZAJNBERG, NICHOLAS TAPALANSKY,
and SHELLY YIP,

                    Petitioners,

            -against-

X. CORP f/k/a TWITTER, INC. and X
HOLDINGS CORP f/k/a X HOLDINGS I,
INC.,

                    Respondents.

C.A. NO. 1:24-CV-2135

**DECLARATION OF MICHAEL D.
DUNFORD IN SUPPORT OF
MOTION FOR ADMISSION PRO
HAC VICE**

I, Michael D. Dunford, declare as follows:

1.  I am over the age of eighteen (18) years old.

2.  I submit this Affidavit in Support of my Motion for Admission Pro Hac Vice of

    Michael D. Dunford as counsel in the above-captioned case.

3.  I am an associate at the law firm of Kamerman, Uncyk, Soniker & Klein P.C.,

    located at:

    4725 Bougainville Dr, Ste 165

    Honolulu, HI 96818-3179.

4.  My cell phone number is (808) 778-4081.

5.  My e-mail address is mdunford@kusklaw.com.

6.  I am familiar with the proceedings in this case, and I submit this Affidavit based on

    my personal knowledge of the facts and circumstances set forth herein. If called to

    testify, I would testify competently to these facts.

7.  I am a member in good standing of the bar of the Supreme Court of Hawai'i.

8. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

9. I have never been convicted of a felony.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23 2024, in Hawaii.

_____

Michael D. Dunford

Sworn to and subscribed before me this 23th day of May, 2024

Notary Public
Exp. 03/12/2027

Doc. Date 05/23/2024   # Pages 2
Notary Name Romar De Castro   First Circuit
Doc. Description Declaration of Michael D.
Dunford in Support of Motion For Admission Pro Hac
Vice   05/23/2024
Notary Signature   Date