**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP, <br><br> Petitioners, <br><br> -against- <br><br> X. CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC., <br><br> Respondent**s.** | C.A. NO. 1:24-CV-2135 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP.

My address, telephone, and email are as follows:

> Michael D. Dunford
> 4725 Bougainville Dr, Ste 165
> Honolulu, HI 96818-3179.
> Tel: (808) 778-4081
> mdunford@kusklaw.com

| | |
|---|---|
| Dated: June 7, 2024 <br> Honolulu, Hawaii | **KAMERMAN, UNCYK, SONIKER & KLEIN P.C.** <br><br> By: */s/Michael D Dunford* <br> Michael D. Dunford (*pro hac vice*) <br> 4725 Bougainville Dr, Ste 165 <br> Honolulu, HI 96818-3179. <br> Tel: (808) 778-4081 <br> mdunford@kusklaw.com <br> *Attorneys for Petitioners* |