UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BURGIOUS FRAZIER, JR.,                              :
                                                    :
                        Plaintiff,                  :    Case No. 24-cv-02135 (JSR)
v.                                                  :
                                                    :
X CORP. formerly known as TWITTER, INC.,            :
et al.,                                             :
                                                    :
                        Defendant.                  :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Kaitlyn Whiteside, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: June 12, 2024

MORGAN, LEWIS & BOCKIUS LLP

Kaitlyn Whiteside
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
kaitlyn.whiteside@morganlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on June 12, 2024 I caused service of the foregoing Notice of Appearance on all counsel via ECF.

Dated: New York, New York
June 12, 2024

*/s/ Kaitlyn Whiteside*
Kaitlyn Whiteside