UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BURGIOUS FRAZIER, JR.,                          :
                                                :
                    Plaintiff,                  :   Case No. 24-cv-02135 (JSR)
v.                                              :
                                                :
X CORP. formerly known as TWITTER, INC.,        :
et al.,                                         :
                                                :
                    Defendant.                  :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Michael E. Kenneally, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants in the above-captioned matter. I certify that I am admitted to practice in this court.

| | |
|---|---|
| Dated: June 17, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
| | /s/Michael E. Kenneally |
| | Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW \|<br>Washington, DC 20004-2541<br>Tel: 202.739.3000<br>Fax: 202.739.3001<br>michael.kenneally@morganlewis.com<br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

  I hereby certify on June 17, 2024, I caused service of the foregoing Notice of Appearance on all counsel via ECF.

Dated: New York, New York
    June 17, 2024              */s/ Michael Kenneally*
                      Michael Kenneally