UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP,<br><br>                          Petitioners,<br>     -against-<br>X CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC.,<br><br>                          Respondents. | Case No. 24-cv-02135 |

## NOTICE OF APPEAL

Notice is given that Respondents X Corp., formerly known as Twitter, Inc., and X Holdings Corp., formerly known as X Holdings I, Inc. (collectively "Twitter"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered July 11, 2024, granting the Petitioners' Motion to Compel Arbitration.  Dkt. No. 72.  A copy of the Opinion and Order is attached hereto as Exhibit A.

Dated: July 18, 2024                              Respectfully submitted,

                                                  */s/ Melissa Hill*
                                                  Melissa Hill
                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                  101 Park Avenue
                                                  New York, NY 10178-0060
                                                  Tel: 212.309.6000
                                                  Fax: 212.309.6001
                                                  Melissa.Hill@morganlewis.com

                                                  *Attorneys for Respondents*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on July 18, 2024 via the Court's ECF/CM system.

*/s/ Melissa Hill*
Melissa Hill

# EXHIBIT A