**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand twenty-five.

Before:  Gerard E. Lynch,
         Michael H. Park,
         Beth Robinson,
            *Circuit Judges.*

_____

Burgious Frazier, Jr., Wayne Krug, Ben Perez, Vanessa Szajnberg, Nicholas Tapalansky, Shelly Yip, Yosub Kim,

    Petitioners - Appellees,

  v.

X Corp., formerly known as Twitter, Inc., X Holdings Corp, formerly known as X Holdings I, Inc.,

    Respondents - Appellants.

_____

**JUDGMENT**

Docket No. 24-1948

|USDC SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #: _____|
|DATE FILED: 9/23/2025|

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is REVERSED and the case is REMANDED with instructions to enter judgment denying the petition.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/23/2025**