```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP,<br><br>　　　　　Petitioners,<br><br>　-against-<br><br>X CORP f/k/a TWITTER, INC. and X HOLDINGS CORP f/k/a X HOLDINGS I, INC.,<br><br>　　　　　Respondents. | 24-cv-02135(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

In accordance with the mandate of the Second Circuit that has now issued, the Court hereby enters final judgment denying the petition. See ECF No. 1.

The Clerk is respectfully directed to close the case.

SO ORDERED.

New York, NY
November 5, 2025

　　　　　　　　　　　　　　　　　/s/ Jed S. Rakoff
　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J