UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
BURGIOUS FRAZIER, JR., YOSUB KIM, WAYNE KRUG, BEN PEREZ, VANESSA SZAJNBERG, NICHOLAS TAPALANSKY, and SHELLY YIP,

                          Petitioners,            24 CIVIL 2135 (JSR)

-against-                         **JUDGMENT**

X CORP f/k/a TWITTER, INC. and
X HOLDINGS CORP f/k/a X HOLDINGS I, INC.,

                          Respondents.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 5, 2025, in accordance with the mandate of the Second Circuit that has now issued, the Court hereby enters final judgment denying the petition; accordingly, the case is closed.

**DATED:** New York, New York

      November 5, 2025

                                                  **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                           **BY:**
                                                  **Deputy Clerk**